No. 885.   Central Power & Light Co. et al. *v.* Texas.

May 3, 1943.   *Per Curiam:* The appeal is dismissed for the want of a substantial federal question.   *H. E. Butt Grocery Co.* v. *Sheppard,* 311 U. S. 608, and cases cited.   *Messrs. Frank M. Kemp* and *Everett L. Looney* for appellants.   *Messrs. Gerald C. Mann,* Attorney General of Texas, and *Cecil C. Rotsch* for appellee.

No. —, original.   Ex parte Harold McGinniss.   May 3, 1943.   Application denied.

No. —, original.   Wilson *v.* Hinman.   May 3, 1943. The motion for leave to file petition for writ of mandamus is denied.

No. —, original.   Ex parte Frank Contardi;
No. —, original.   Ex parte Stanley Peplowski;
No. —, original.   Ex parte Albert Smith;
No. —, original.   Ex parte Charles E. Westbrook; and
No. —, original.   Ex parte Mark Reynolds and Frank Reynolds.   May 3, 1943.   The motions for leave to file petitions for writs of habeas corpus are denied.